## No. 7350.

### S. P. CRICHTON vs. E. J. GAY & Co.

Where husband and wife lease a plantation to another under a general designation, as the home place, and the lessee employs the husband as his agent to hire labourers, cultivate the crops, etc., who accordingly cultivates the whole place, which turns out to be composed of two tracts, having recognised names, the wife will not be heard claiming that one of these tracts was not included in the lease, and her pretension that she, as transferee of her husband, is entitled to the crop of that tract, will be rejected.

APPEAL from the District Court for Lafourche.   BEATTY, J.

*J. S. Goode* and *Moore* for Mrs. Crichton.   *Barrow & Pope*, and *Blake* for Defendant Appellant.

DE BLANC, J., delivered the opinion reversing the judgment.